**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00211-CR**

_____

**EX PARTE LENNON CLARK**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 22DC-WR-00789**

_____

**MEMORANDUM OPINION**

Lennon Clark filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a).

Clark and his attorney signed the motion. *See id*.

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 2, 2022
Opinion Delivered August 3, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.